35799. C.I.V.I.C., CITIZENS INVOLVED & VOTING IN CHEROKEE COUNTY et al. v. CARMICHAEL et al.

Judgment affirmed without opinion pursuant to Rule 59.
*All the Justices concur.*

SUBMITTED JANUARY 22, 1980 — DECIDED MARCH 4, 1980.

*Larry W. Thomason,* for appellants.
*Elliott Baker,* for appellees.